# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenneth Stahl,                                                    :
                                    Petitioner                   :
                                                                 :
                    v.                                           :     No. 1575 C.D. 2019
Workers' Compensation Appeal                                     :
Board (East Hempfield Township),                                 :
                                    Respondent                   :

# **<u>ORDER</u>**

NOW, this 26th day of October, 2020, upon consideration of Respondent's application to report unreported opinion, said application is GRANTED. It is hereby ordered that the opinion filed August 14, 2020, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

 

P. KEVIN BROBSON, Judge